IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

Page 1

| | | |
|---|---|---|
| TOMMY LEE GOULD | Date 10/30/2013 | Debtor Attorney<br>MONTE J WHITE |
| 1521 GLENHAVEN | Case Number 13-70237-HDH-13 | ATTORNEY AT LAW<br>1106 BROOK AVE HAMILTON PLACE |
| WICHITA FALLS TX 76306 | 90 Day Bar Date 10/28/2013<br>Govt Bar Date 12/23/2013 | WICHITA FALLS,TX 76301-0000 |

### TRUSTEE'S NOTICE OF CLAIMS FILED AND NOT FILED

NOTICE IS HEREBY GIVEN of claims filed and not filed by the creditors listed below. The above referenced case has just passed the 90 day bar date (deadline for filing claims) provided by Rule 3002(c). "NOT FILED" is shown in claim classification column if the creditor has not filed a claim. Pursuant to Rule 3004 the debtor may file claims on behalf of the creditors below who have not yet filed claims. Please note that BankruptcyCode Section 502(b)(9) and Bankruptcy Rule 3002(c)(1), may allow additional time for a governmental unit to file a proof of claim.

| | Creditor | Date Filed | Account# | Scheduled | Claim Amount | Class |
|---|---|---|---|---|---|---|
| 001-0 | MONTE J WHITE<br>ATTORNEY AT LAW<br>1106 BROOK AVE HAMILTON PLACE<br>WICHITA FALLS,TX 76301-0000 | | | 0.00 | 3,496.00 | Legal |
| 001-1 | MONTE J WHITE<br>ATTORNEY AT LAW<br>1106 BROOK AVE HAMILTON PLACE<br>WICHITA FALLS,TX 76301-0000 | | | | 504.00 | Legal |
| 003-0 | INTERNAL REVENUE SERVICE<br>PO BOX 7317<br><br>PHILADELPHIA,PA 19101-7317 | 07/11/2013 | xxxxX232 | 0.00 | 10,000.00 | Priority<br>Withdrawn |
| 004-0 | US ATTORNEY<br>ATTORNEY IN CHARGE<br>1100 COMMERCE STREET SUITE 300<br>DALLAS,TX 75242-1699 | | | 0.00 | 0.00 | Notice Only |
| 005-0 | US ATTORNEY GENERAL<br>10TH ST & CONSTITUTION AVE<br><br>WASHINGTON,DC 20530-0000 | | | 0.00 | 0.00 | Notice Only |
| 006-0 | OFFICE OF THE CH13 TRUSTEE<br>6308 IOLA AVENUE<br><br>LUBBOCK,TX 79424- | | | 0.00 | 57.60 | Admin |
| 007-0 | UNITED STATES ATTORNEY<br>801 CHERRY STREET UNIT 4<br><br>FT WORTH,TX 76102-6882 | | | 0.00 | 0.00 | Notice Only |
| 008-0 | WICHITA COUNTY<br>PO BOX 1471<br><br>WICHITA FALLS,TX 76307-1471 | 07/01/2013 | x5921<br>PLAN PROVIDES CREDITOR STEP PAYMENTS PER BALLOON PAYMENT | 763.01 | 782.61 | Secured |
| 009-0 | WICHITA COUNTY<br>PO BOX 1471<br><br>WICHITA FALLS,TX 76307-1471 | 07/01/2013 | x4081<br>PLAN PROVIDES CREDITOR STEP PAYMENTS PER BALLOON PAYMENT | 599.47 | 662.97 | Secured |

Continued on Next Page

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

Page 2

In RE: TOMMY LEE GOULD  Case Number 13-70237-HDH-13  10/30/201

| | Creditor | Date Filed | Account# | Scheduled | Claim Amount | Class |
|---|---|---|---|---|---|---|
| 010-0 | WICHITA COUNTY<br>PO BOX 1471<br>WICHITA FALLS,TX 76307-1471 | 07/01/2013 | x3404 | 462.86 | 462.86 | Secured |
| | PLAN PROVIDES CREDITOR STEP PAYMENTS PER BALLOON PAYMENT | | | | | |
| 011-0 | WICHITA COUNTY<br>PO BOX 1471<br>WICHITA FALLS,TX 76307-1471 | 07/01/2013 | x4078 | 1,012.11 | 1,037.02 | Secured |
| | PLAN PROVIDES CREDITOR STEP PAYMENTS PER BALLOON PAYMENT | | | | | |
| 012-0 | WICHITA COUNTY<br>PO BOX 1471<br>WICHITA FALLS,TX 76307-1471 | 07/01/2013 | x4078 | 50,888.95 | 50,581.28 | Secured |
| | PLAN PROVIDES CREDITOR STEP PAYMENTS PER BALLOON PAYMENT | | | | | |
| 013-0 | HOSTO BUCHAN PRATER & LAWRENCE<br>PO BOX 3397<br>LITTLE ROCK,AR 72203-3397 | | x 06 | 11,126.67 | 0.00 | Secured<br>Scheduled-Not Filed |
| | PLAN PAYS IN 1 PMT ON 60TH MO | | | | | |
| 014-0 | CAPITAL ONE BANK<br>ATTN: BANKRUPTCY DEPT<br>PO BOX 30285<br>SALT LAKE CITY,UT 84130-0285 | | 9719 | 216.00 | 0.00 | Unsecured<br>Not Filed |
| 015-0 | PRA RECEIVABLES MANAGEMENT<br>PORTFOLIO RECOVERY ASSOC<br>PO BOX 12914<br>NORFOLK,VA 23541- | 10/24/2013 | 1594 | 252.00 | 418.74 | Unsecured |
| 016-0 | AMERICAN INFOSOURCE LP DIRECTV<br>MAIL STATION N387<br>2230 E IMPERIAL HWY<br>EL SEGUNDO,CA 90245- | 10/21/2013 | 5121 | 1.00 | 135.68 | Unsecured |
| 017-0 | LVNV FUNDING<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE,SC 29603-0587 | 10/23/2013 | 0920 | 286.00 | 647.45 | Unsecured |
| 018-0 | SST/COLUMBUS BANK & TRUST<br>ATTN: BANKRUPTCY DEPT<br>PO BOX 3997<br>SAINT JOSEPH,MO 64503- | | 8984 | 534.00 | 0.00 | Unsecured<br>Not Filed |
| 019-0 | UNITED REGIONAL<br>ATTN: BILLING DEPT<br>1600 11TH STREET<br>WICHITA FALLS,TX 76301- | | | 200.00 | 0.00 | Unsecured<br>Not Filed |
| 020-0 | AARONS SALES & LEASE CO<br>2823 SOUTHWEST PARKWAY<br>WICHITA FALLS,TX 76308- | | | 0.00 | 0.00 | Executory<br>Not Filed |
| 021-0 | JOYCE ANN GOULD<br>1521 GLENHAVEN<br>WICHITA FALLS,TX 76306- | | | 0.00 | 0.00 | Notice Only |
| 022-0 | DIRECT MERCHANTS CREDIT CARD<br>CARDMEMBERS SERVICES<br>PO BOX 21550<br>TULSA,OK 74121- | | | 0.00 | 0.00 | Notice Only |
| 023-0 | DIRECTV LLC<br>ATTN BANKRUPTCIES<br>PO BOX 6550<br>GREENWOOD VILLAGE,CO 80155-6550 | | | 0.00 | 0.00 | Notice Only |

Continued on Next Page

In RE: TOMMY LEE GOULD                Case Number   13-70237-HDH-13    10/30/201

| | Creditor | Date Filed | Account# | Scheduled | Claim Amount | Class |
|---|---|---|---|---|---|---|
| 024-0 | THE BUREAUS INC<br>ATTN BANKRUPTCY DEPT<br>1717 CENTRAL ST<br>EVANSTON,IL 60201-1507 | | | 0.00 | 0.00 | Notice Only |
| 025-0 | GE CAPITAL RETAIL BANK<br>C/O RECOVERY MGM SYS CORP<br>25 SE 2ND AVENUE SUITE 1120<br>MIAMI,FL 33131-1605 | | | 0.00 | 0.00 | Notice Only |
| 026-0 | CITY OF WF, WFISD, WICHITA CO<br>C/O HAROLD LEREW<br>PO BOX 8188<br>WICHITA FALLS,TX 76307-8188 | | | 0.00 | 0.00 | Notice Only |
| 027-0 | WICHITA COUNTY<br>PO BOX 1471<br><br>WICHITA FALLS,TX 76307-1471 | 07/01/2013<br><br>NOT PROVIDED FOR IN PLAN | x1533 | 0.00 | 1,052.39 | Secured |
| 028-0 | VATIV RECOVERY SOLUTIONS LLC<br>PO BOX 40728<br><br>HOUSTON,TX 77240-0728 | 08/13/2013<br><br>NOT PROVIDED FOR IN PLAN | 3392 | 0.00 | 15,591.22 | Unsecured |
| 029-0 | QUANTUM3 GROUP LLC<br>GALAXY ASSET PURCHASING LLC<br>PO BOX 788<br>KIRKLAND,WA 98083-0788 | 09/13/2013<br><br>NOT PROVIDED FOR IN PLAN | xxxxxx3604 | 0.00 | 788.94 | Unsecured |
| 030-0 | PRA RECEIVABLES MANAGEMENT<br>PORTFOLIO RECOVERY ASSOC<br>PO BOX 12914<br>NORFOLK,VA 23541- | 09/24/2013<br><br>NOT PROVIDED FOR IN PLAN | 1265 | 0.00 | 380.27 | Unsecured |
| 031-0 | PRA RECEIVABLES MANAGEMENT<br>PORTFOLIO REC ASSOC<br>PO BOX 41067<br>NORFOLK,VA 23541- | | 1265 | 0.00 | 0.00 | Notice Only |
| 032-0 | DIRECTV<br>PO BOX 78626<br><br>PHOENIX,AZ 85062- | | | 0.00 | 0.00 | Notice Only |
| 033-0 | LVNV FUNDING LLC<br>PO BO 10497 STE 110 MS<br><br>GREENVILLE,SC 29603- | | | 0.00 | 0.00 | Notice Only |
| 034-0 | ALTAIR OH XIII LLC<br>C/O WEINSTEIN AND RILEY PS<br>2001 WESTERN AVENUE SUITE 400<br>SEATTLE,WA 98121- | | 6925 | 0.00 | 0.00 | Notice Only |
| 035-0 | ALTAIR OH XIII LLC<br>C/O WEINSTEIN AND RILEY PS<br>PO BOX 3978<br>SEATTLE,WA 98124-3978 | 10/24/2013<br><br>NOT PROVIDED FOR IN PLAN | 6925 | 0.00 | 599.03 | Unsecured |
| 851-0 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br><br>PHILADELPHIA,PA 19101-7346 | | | 0.00 | 0.00 | Notice Only |
| 899-0 | WILLIAM T NEARY<br>UNITED STATES TRUSTEE<br>1100 COMMERCE STREET RM 976<br>DALLAS,TX 75242-0000 | | | 0.00 | 0.00 | Notice Only |

Continued on Next Page

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

Page 4

In RE:   TOMMY LEE GOULD                                          Case Number   13-70237-HDH-13    10/30/201

| Creditor | Date Filed | Account# | Scheduled | Claim Amount | Class |
|---|---|---|---|---|---|
| 900-0 TOMMY LEE GOULD | | | 0.00 | 0.00 | Dbtr Refund Not Filed |
| , | | | | | |

This notice is provided solely to inform Debtor(s) and Counsel of the filing status of claims at the bar date.

IT IS THE REPONSIBILITY OF DEBTOR(S) and COUNSEL TO TAKE APPROPRIATE LEGAL ACTION.

A true and correct copy of this Trustee's Notice of Claims Filed and Not Filed shall
be retained in the Trustee's file in this case.

/s/ Walter O'Cheskey

----------------------------------------
Standing Bankruptcy Trustee